Case 4:21-cv-05046-JTR    ECF No. 15    filed 08/18/21    PageID.98    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>TOWN CRIER, LLC, et al.,<br><br>Defendants. | No. 4:21-CV-5046-JTR<br><br>ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

**BEFORE THE COURT** is the parties' stipulated request for dismissal, with prejudice, pursuant to the parties' settlement agreement. ECF No. 14. Plaintiff is represented by M. William Judnich; Defendants are represented by Jason A. Celski. The Court has reviewed the pending stipulation and is fully informed.

Good cause appearing therefor, **IT IS HEREBY ORDERED:**

1. The parties' stipulated motion to dismiss this case with prejudice, **ECF No. 14**, is **GRANTED**.

2. Plaintiff's complaint and any and all counterclaims and/or cross-claims are **DISMISSED WITH PREJUDICE**.

3. All scheduled court hearings are **STRICKEN**.

4. Pending motions, if any, are **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED August 18, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO DISMISS - 1